# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT NASHVILLE
December 12, 2001 Session

## STATE OF TENNESSEE v. RHONDA PATRICIA MAYES

### Circuit Court for Marshall County
### No. 14315

---

### No. M2001-00423-CCA-R3-CD - Filed June 27, 2002

---

### ORDER VACATING OPINION AND JUDGMENT

The opinion and judgment entered June 24, 2002, are hereby VACATED and WITHDRAWN. A corrected opinion and judgment will be filed in due course.

Per Curiam

John Everett Williams, Judge
Joe G. Riley, Judge
James Curwood Witt, Jr., Judge